In The

*Court of Appeals*

*Ninth District of Texas at Beaumont*

_____

**NO. 09-21-00020-CV**
_____

**MAURICE MITCHELL, Appellant**

**V.**

**TEXAS DEPARTMENT OF CRIMINAL JUSTICE INSTITUTIONAL
DIVISION AND THE STATE OF TEXAS, Appellees**

**On Appeal from the 411th District Court
Polk County, Texas
Trial Cause No. CIV32384**

**MEMORANDUM OPINION**

Appellant Maurice Mitchell filed a notice of interlocutory appeal, in which he states that the defendants failed to respond to his motion for summary judgment. The information from the District Clerk indicates that the trial court has not yet signed an appealable order.

On February 1, 2021, we questioned our jurisdiction over the appeal and instructed the parties to file written responses identifying the particular statute or

rule authorizing an interlocutory appeal by February 22, 2021. In the same letter, we warned the parties that we would dismiss the appeal unless our jurisdiction is established.

Appellant filed a response, but he failed to identify a signed order by the trial court that is appealable at this time. *See* Tex. Civ. Prac. & Rem. Code Ann. § 51.014; Tex. R. App. P. 42.3(a). Accordingly, we dismiss the appeal for lack of jurisdiction. *See* Tex. R. App. P. 43.2(f).

APPEAL DISMISSED.

PER CURIAM

Submitted on April 14, 2021
Opinion Delivered April 15, 2021

Before Golemon, C.J., Kreger and Johnson, JJ.

2